■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER JOHNSON, Appellant. [751 NYS2d 779] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered June 7, 2001, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, criminal possession of a controlled substance in the fourth degree, criminal use of drug paraphernalia in the second degree, and unlawful possession of marijuana, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Florio, J.P., O'Brien, Friedmann, Adams and Crane, JJ., concur.